IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:07-CV-407

MICHAEL L. CARVER; DONALD )
COOK; BRANDON FISHER; JAMES )
MATTHEW LEVI; ERIC MARX; TED )
EDWARD RICE; JAYSON )
ALEXANDER RICHARDSON, and )
ANGELA SURRATT, )
 )
on behalf of themselves and all others )
similarly situated, )
 )
       Plaintiffs, )
 )
vs. ) **CONSENT ORDER**
 )
VELOCITY EXPRESS )
CORPORATION; VELOCITY )
EXPRESS, INC; VELOCITY )
EXPRESS SOUTHEAST, INC.; )
VELOCITY EXPRESS LEASING, )
INC.; VELOCITY EXPRESS )
LEASING SOUTHEAST, INC.; )
VELOCITY EXPRESS MID- )
ATLANTIC, INC.; and JOHN DOE )
VELOCITY EXPRESS PLAN )
ADMINISTRATOR, )
 )
       Defendants. )
_____ )

-1-

Case 1:08-cv-00859-WCG   Filed 07/15/08   Page 1 of 4   Document 36

**THIS MATTER** comes before the Court on Plaintiffs' and Defendants' Joint Motion for Stay and to Equitably Toll the Statute of Limitations. With consent of both parties and for good cause shown, the motion is hereby **GRANTED**. The Court therefore orders that:

1) All deadlines and activity in this action are hereby stayed pending resolution of Defendants' Motion to Transfer for Coordinated or Consolidated Pre-Trial Proceedings by the Judicial Panel for Multidistrict Litigation, and if the case remains with this Court, this Court will revisit and establish new deadlines as appropriate;

2) The statute of limitations for claims arising from the Fair Labor Standards Act for all prospective members of Plaintiffs' proposed collective action under § 216(b) of that act shall be equitably tolled as of November 14, 2008, extending back two years from that date or three years from that date should there later be a determination of a willful violation of the Fair Labor Standards Act;

3) Should the Judicial Panel for Multidistrict Litigation order the transfer of this case after November 14, 2008, the equitable tolling described

above will not be binding and it shall be for the transferee court to determine whether such tolling ought to continue.

**IT IS SO ORDERED.**

Signed: July 9, 2008

Dennis L. Howell
United States Magistrate Judge

Consented to on behalf of Plaintiffs by:

| **JAMES, McELROY & DIEHL, P.A.** | **LAW OFFICES OF J. NEAL RODGERS, PLLC** |
|---|---|
| /s/ Preston O. Odom, III | /s/ J. Neal Rodgers |
| Edward T. Hinson, Jr., | J. Neal Rodgers |
| NC State Bar # 7795 | NC State Bar # 20587 |
| Preston O. Odom, III | 4000 Tuckaseegee Road |
| NC State Bar # 29587 | Post Office Box 668764 |
| John Parke Davis | Charlotte, NC 28266-8764 |
| NC State Bar # 34427 | 704-392-4111 (telephone) |
| 600 South College St. | 704-391-1905 (facsimile) |
| Charlotte, NC 28202 | Neal@jnrodgerslaw.com |
| 704-372-9870 (telephone) | *Attorney for Plaintiffs* |
| 704-333-5508 (facsimile) | |
| EHinson@jmdlaw.com | |
| POdom@jmdlaw.com | |
| JPavis@jmdlaw.com | |
| *Attorneys for Plaintiffs* | |

Consented to on behalf of Defendants by:

**LITTLER MENDELSON, P.C.**

/s/ Stephen D. Dellinger
Stephen D. Dellinger, NC State Bar # 16609
Brian S. Clarke, NC State Bar # 26560
Julie K. Adams, NC State Bar # 32773
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
sdellinger@littler.com
bclarke@littler.com
jkadams@littler.com
*Attorneys for Defendants*